**FILED**

FEB 17 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7301
7      Facsimile: (415) 436-6753
       E-Mail:   Christine.Wong@usdoj.gov
8
   Attorneys for the United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA    )   No. 09-00093 MMC
                                 )
15 |                             )
         v.                      )
16 |                             )   STIPULATION AND [PROPOSED]
                                 )   ORDER DOCUMENTING WAIVER
17 | JOSE GONZALES,              )
                                 )
18 |      Defendant.             )
                                 )
19 | _____ )

20

21
       On February 4, 2009, defendant Jose Gonzales, appeared with his counsel, Jeffrey Glenn,
22
   Esq., before Magistrate Judge Maria-Elena James for arraignment on the above-captioned
23
   indictment. Following arraignment, the defendant was ordered to appear before Judge Maxine
24
   M. Chesney, at 2:30 pm on February 11, 2009, for an initial appearance/status conference before
25
   the District Court. With the agreement of the parties and with the consent of the defendant, the
26
   Court enters this order confirming the exclusion of time under the Speedy Trial Act from
27
   February 4, 2009 through February 11, 2009. The parties agree and stipulate, and the Court finds
28

1 | and holds, as follows:

2 | 1.   The defendant, Jose Gonzales, with his counsel, Jeffrey Glenn, Esq., appeared before the Court on February 4, 2009, for arraignment and entered a plea of not guilty to indictment CR-09-00093-MMC. After the arraignment, the defendant was ordered to appear before Judge Maxine M. Chesney, at 2:30 pm on February 11, 2009, for an initial appearance/status conference before the District Court. The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from February 4, 2009 through February 11, 2009, to allow for the Government to produce discovery and to allow for counsel to receive and begin reviewing discovery, which would ensure the effective preparation of counsel.

2.   Accordingly, the Court finds that the ends of justice served by excluding the period from February 4, 2009 to February 11, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: February 11, 2009

/s/
JEFFREY GLENN, ESQ.
Attorney for JOSE GONZALES

DATED: February 11, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 17, 2009

HON. MARIA-ELENA JAMES
United States Magistrate Judge

-2-