JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. 09-0093 MMC |
|     Plaintiff,                                      ) | |
|   v.                                                      ) | [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND WAIVING TIME |
| JOSE GONZALES,                                ) | |
|     Defendant.                                 ) | |

       The parties request and stipulate that the date for the status conference before the Court, currently scheduled for March 25, 2009, at 2:30 p.m., be continued to April 1, 2009, at 2:30 p.m. The parties also request and stipulate that the time between March 25, 2009 and April 1, 2009, should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for continuity of counsel and effective preparation, taking into account the exercise of due diligence.

       The parties make this request because defense counsel is ill with the flu and will be unable to meet the defendant before the conference currently scheduled for March 25, 2009.  In

STIPULATION AND [PROPOSED] ORDER
No. 08-00509

addition, defense counsel is continuing to conduct investigation of the matter, and the parties are attempting to negotiate a resolution.

**IT IS SO STIPULATED**.

DATED:        March 23, 2009                                Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney


                                                            By   /s *Christine Y. Wong*
                                                            CHRISTINE Y. WONG
                                                            Assistant U.S. Attorney


DATED:        March 23, 2009                                   /s Jeffry Glenn, Esq.
                                                            JEFFRY GLENN, ESQ.
                                                            Attorney for Defendant Jose
                                                            Gonzales


**IT IS SO ORDERED,** with the exception that the Status Conference is continued to April 8, 2009.


DATED:        March 23, 2009                                _____
                                                            HON. MAXINE M. CHESNEY
                                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 09-0093 MMC                                 2