1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102
          Telephone: (415) 436-7301
7         Facsimile: (415) 436-6753
          E-Mail:    Christine.Wong@usdoj.gov
8
9  Attorneys for Plaintiff

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,       )   No. CR-09-00093 MMC
                                    )
15           Plaintiff,              )
                                    )   MOTION TO UNSEAL APPLICATION
16       v.                          )   AND AFFIDAVIT FOR SEARCH
                                    )   WARRANT AND [PROPOSED] ORDER
17  JOSE GONZALES,                  )
                                    )
18           Defendant.              )
                                    )
19  ─────────────────────────────

20

21       On February 2, 2009, the United States submitted an application and affidavit for a search

22  warrant. That search warrant was issued by the court, under Case Number 3-09-70102 MEJ. At

23  the request of the United States, the application and affidavit for the search warrant and the

24  search warrant were sealed by the court to preserve the confidentiality of the ongoing

25  investigation. The United States now respectfully requests that the application and affidavit for

26  //

27  //

28  //

GOVERNMENT'S REQUEST TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
No. 09-00093 MMC

1  the search warrant and the search warrant be unsealed to allow those documents to be produced
2  to defense counsel and the United States Probation Office.
3  DATED: May 18, 2009				Respectfully submitted,
4						JOSEPH P. RUSSONIELLO
						United States Attorney
5
6
7						_____/s/_____
						CHRISTINE Y. WONG
						Assistant United States Attorney
8
9  For good cause shown, IT IS HEREBY ORDERED THAT:
10     The United States' Application and Affidavit for Search Warrant and the Search Warrant
11 (Case No. 3-09-70102 MEJ) filed in connection with the above-entitled matter shall be unsealed.
12
13
14 DATED: May 19, 2009			_____
						HON. MAXINE M. CHESNEY
15						United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

GOVERNMENT'S REQUEST TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
No. 09-00093 MMC                -2-